**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  
**Total Works Infringed:** 56  
**IP Address:** 108.16.114.30  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 2C6E25DA6922E2C9269378498DA9F33CF6016BF1<br>File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 05-15-2021 20:23:57 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 2 | Info Hash: E2CA4D4217E8E7EDD519E8CC21101219F0611D8A<br>File Hash: DCBE041407D9045781E5318840AEAEEE2E846C4FDB72FA4FF168C59CEC30F0EA | 10-10-2020 00:40:17 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 3 | Info Hash: B9E072232E0539EEBAFF9F6141443FE228C52360<br>File Hash: FE5649F2B0117B18A3184D7E3270BEC3E0F7FC2A99429C86561E918342B6DEE1 | 08-10-2020 06:21:08 | Blacked | 12-21-2017 | 01-15-2018 | PA0002070941 |
| 4 | Info Hash: B5E2089BD88F5B29E059EAF5C2E621B3B5008919<br>File Hash: BECF112263A05D3FF1CA87690A5BCDE1F3959970B8ED5F2898BEDFF01ABDFEAE | 07-30-2020 06:39:38 | Blacked | 07-04-2018 | 08-07-2018 | PA0002131913 |
| 5 | Info Hash: AF96EE573EB75078F49ABE87BB1FE91A3F15C177<br>File Hash: 68ED6A95AB2DCBC2551585DA2E428A2B9A052774D64B8426A22A6FFA825629F1 | 07-30-2020 06:34:20 | Blacked | 06-09-2018 | 07-14-2018 | PA0002130453 |
| 6 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 07-27-2020 09:47:46 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 7 | Info Hash: 8A648DB9622035F8BA2FEDE5F9EDE4894208D3E3<br>File Hash: C12B33C60AD51B9712D51F693F99BB4758C1C2683D6A6D836CBB74868CFC98A8 | 07-16-2020 00:22:10 | Blacked | 12-16-2019 | 01-22-2020 | PA0002234860 |
| 8 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 07-15-2020 18:15:12 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 829EB85C3BB6F11D9B51EC365B40F9D6F12530A5<br>File Hash: 5813DE9CDFDD4AE0B45CAD7706F40394759E40F3F86F826D3A2F694B37AC368E | 07-05-2020 22:43:02 | Tushy | 07-05-2020 | 07-20-2020 | PA0002248967 |
| 10 | Info Hash: 48FC851FEDE158FA68466F2C2EC15D57A24CE18A<br>File Hash: 12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 05-23-2020 03:59:05 | Blacked Raw | 06-21-2018 | 07-26-2018 | PA0002112156 |
| 11 | Info Hash: A7B77E1226DA839D3A8F4DF03F9EF353E9E11502<br>File Hash: A9108D6691B6184CDFCF5E85D11B01704E33A40930AA9C3FCFC3DE75190EA3AF | 05-22-2020 16:43:42 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 12 | Info Hash: 025477E817FDAD26E20E85603DCEC00D1BD5DA68<br>File Hash: 211F5C323C06C8C41A64998676FDCC2C3172142328F132032DFA9CC295E47786 | 05-09-2020 03:17:17 | Blacked | 09-02-2018 | 11-01-2018 | PA0002143413 |
| 13 | Info Hash: 1ED7894C730F91D284F9451A87ECDC8F5187BF50<br>File Hash: 38583D10BC13553F985C29BAE89EF5FBF0C3DE0603CF9C41C598EDB9A7D3426E | 05-09-2020 03:15:42 | Blacked Raw | 05-12-2018 | 05-24-2018 | PA0002101380 |
| 14 | Info Hash: 07EC80C56B473DD0771AB7D4A3E905994A87A408<br>File Hash: E81BFDFF307EBBEFA816D0064F468B2CDB648B0BC1521785B70B40C95251850C | 05-09-2020 03:14:35 | Blacked | 07-19-2018 | 09-05-2018 | PA0002135006 |
| 15 | Info Hash: 963232B05435B68AAF26F8CA9D942BB02B953191<br>File Hash: 877D0C18891243E33B66AA18ED479D27D8386F83F38C8FE709A1EF43D9C06E7F | 05-03-2020 18:40:22 | Blacked Raw | 11-13-2017 | 11-30-2017 | PA0002098039 |
| 16 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 04-21-2020 12:32:20 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 17 | Info Hash: C20D8CE638A46CD39FA65004C565F7F85846691D<br>File Hash: EA5B48145CBAF733479368D9256BC9D6AA8EC5702C56014718B4A1CBA7E39563 | 04-21-2020 12:31:26 | Blacked Raw | 03-28-2019 | 05-28-2019 | PA0002200777 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 04-21-2020 12:29:46 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |
| 19 | Info Hash: F6CE08796E7200EA0845FF9313369CF337C207BF<br>File Hash: 80D1AB32037DC972993DC1D67A3951382310EECA7BBD9430350DB3E17A8B8DC3 | 04-19-2020 14:55:14 | Vixen | 07-28-2018 | 09-01-2018 | PA0002119572 |
| 20 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 04-13-2020 04:29:15 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 21 | Info Hash: 8E6EED497401E5632882329A13CCE181E0D45A1E<br>File Hash: 7EF068634F9DBFFFF69D13096D059481F3BD7CB4C08FB71B20294D69CF19CB36 | 04-13-2020 04:28:55 | Blacked Raw | 02-01-2020 | 03-15-2020 | PA0002240553 |
| 22 | Info Hash: F1A7DC0EAC887D2D778C16ECD1712626FA9234DE<br>File Hash: 17136CE35D223AFE891CC9412872B5DFB5E9E534EC060A787E6DCDB7A7032534 | 03-28-2020 23:49:00 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 23 | Info Hash: 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash: 8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 03-20-2020 07:02:45 | Blacked | 05-10-2019 | 07-05-2019 | PA0002206368 |
| 24 | Info Hash: 72555676245CA53C457541455A41821330714A7A<br>File Hash: 4FF404477E05C99BDAB75A2082DAD57AF4A52BF2271449F1448891B4CD1A1BC9 | 03-20-2020 07:02:06 | Blacked | 03-11-2019 | 03-31-2019 | PA0002163979 |
| 25 | Info Hash: 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E<br>File Hash: FBC4A307DFC7F19702E7F160ED53E04D9C37036D235F55A57AD3E47384A11A2A | 03-20-2020 07:01:56 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 26 | Info Hash: 67D95FCED9B00C108A63588568A4B4CC34737EE5<br>File Hash: 2F08A480A39A433B92CB7BE753ED72122DDC6A8669D61337B266203F90B0E8D4 | 03-20-2020 07:01:04 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2<br>File Hash: 91586FC60AEA8195E518F7211642E75475C9BFD182FEA0517D1CBA403D777473 | 03-20-2020 06:59:44 | Blacked | 04-25-2018 | 06-19-2018 | PA0002126642 |
| 28 | Info Hash: 8AEA27202C47B378BF48659CC2938DB8691054EF<br>File Hash: 0D3B456AA0D88C15AF796288F66A6A6E23996BA5771C0CD7F6A9A0F347D69959 | 02-02-2020 19:10:58 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |
| 29 | Info Hash: 498C38E65A191A26E153A7D80BCFBCA20069BDFD<br>File Hash: 7D77CD89BDDD5175B6C5775155ABE6765DBCC8D9D3D09DB4A285FF43F55D7EB8 | 02-02-2020 19:08:39 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |
| 30 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 02-02-2020 17:00:25 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 31 | Info Hash: A66C9C655E360338BD35653F211606B8DDC42727<br>File Hash: FD1AF2E638532BF05E7C3294DCE59C3CB84A554F0BC6154C167F7B215833937A | 12-10-2019 23:45:58 | Tushy | 04-11-2019 | 05-11-2019 | PA0002173890 |
| 32 | Info Hash: 5DF8FA648DEEAE1D73E962DB195061E646F82B4E<br>File Hash: BA5A079E645206AA74CFD54D5EA02C345EB7CA9D87D07AE53C3DB2E8CC913CEE | 10-13-2019 22:08:50 | Tushy | 08-04-2019 | 08-22-2019 | PA0002195508 |
| 33 | Info Hash: 5D16EC2FE6C9F9FA9F5476C90525208D413532F1<br>File Hash: 247DCE33E47A1EC566200C820669478595511EF53F3A644E15EBEE009FBBD0A0 | 10-11-2019 11:45:14 | Blacked | 06-29-2018 | 07-26-2018 | PA0002112160 |
| 34 | Info Hash: 8031B4A7A5CFCECBC796D4772440BFC5016C11AA<br>File Hash: 6BC6E1D6C35FB48E06C6A8D7BBF0DF2769A8B15B04C14B904550055F04219187 | 10-11-2019 11:43:31 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |
| 35 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash: 72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 10-11-2019 11:43:25 | Blacked | 09-12-2018 | 11-01-2018 | PA0002143426 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: C6AACF8B5EBC7F41C26EBB07A4DABE1287B3C675 File Hash: 2D4D64E994B54F6310EAF6658524F2A7B0F98B62A56F4F9B5A2EE8CC25656EB5 | 10-02-2019 11:11:37 | Blacked | 08-08-2019 | 09-17-2019 | PA0002216217 |
| 37 | Info Hash: 8353F4631A78E6DC2342C97336E4C914EF5A5F4C File Hash: E27F294BF15EE2AAA116EB4AD31699884120D036323B9960A2D3909627A48462 | 09-29-2019 08:00:01 | Blacked | 05-15-2019 | 07-05-2019 | PA0002206387 |
| 38 | Info Hash: 6478D6818B6843DC1DEE5BD5A6C05F7B6D37EC2E File Hash: B98513AE2490FF3F323AE1CC7F75EC58C20154B89A409B54083E456853E5E623 | 09-29-2019 07:59:54 | Blacked Raw | 07-11-2019 | 09-17-2019 | PA0002216212 |
| 39 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 09-11-2019 11:59:00 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 40 | Info Hash: D9261D3722C161272619A45A80E6F849B0BC63B5 File Hash: 9272236D752743F64E074A94ECCD8E592FB3F4520DD24DD9BEFF5878C22DC176 | 09-11-2019 11:47:58 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 41 | Info Hash: DAAB1603971461BD3D663620ED1313A2096BA184 File Hash: 208C2094E936E0C81D7BE784548F4DEEC34975FA611D8D2CD633CCB4F288C2C3 | 09-11-2019 11:40:04 | Blacked Raw | 02-13-2019 | 03-24-2019 | PA0002183197 |
| 42 | Info Hash: 0BB45C1043F264656FD238E2E8E117B9E06AD6A0 File Hash: E4B2D26741E5832FCD58CC296E6598F185F73B2F0A5C24B92197FA20F4456F89 | 09-01-2019 06:34:25 | Blacked Raw | 07-21-2019 | 08-27-2019 | PA0002213243 |
| 43 | Info Hash: 31148997CD9F0DD687B5322CE359E163DE2BFAA7 File Hash: 89E84A2A02D4D4B0C7641125DB9A2D8F3DDDEA629BE3D91B9DE6C7EDD485D9D4 | 08-29-2019 02:40:43 | Blacked | 12-26-2017 | 01-24-2018 | PA0002101758 |
| 44 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4 File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 08-29-2019 02:35:25 | Blacked | 07-24-2019 | 09-10-2019 | PA0002199414 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: DE77246EE34EE1CDD79ED93E2A72D390952AEDBA<br>File Hash: 7A9703274C30670E88D5C893C87B8F218D90C72E0AE6635F0BFB38807695E4B7 | 08-22-2019 07:33:02 | Blacked Raw | 07-26-2019 | 09-10-2019 | PA0002199417 |
| 46 | Info Hash: ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39<br>File Hash: BF2324E563299B843D750C225AA4713748F774270CACA8F99C61C55B55BEC599 | 08-17-2019 04:56:43 | Blacked Raw | 12-13-2018 | 02-02-2019 | PA0002154971 |
| 47 | Info Hash: 3C13DFBCED77087173F8CE7A0B2F077D12A321BD<br>File Hash: FC40DC75BA06C6F50BEB2F5BBB1187D357002ED047C2F2FB1440477307223607 | 08-09-2019 02:04:57 | Vixen | 11-20-2017 | 01-04-2018 | PA0002069354 |
| 48 | Info Hash: CE74EDC69A9EE02D7EAEF30B9F3DC7A0FA93CA19<br>File Hash: AD6B67077E3A7384F427669028069434AC296F9CD332D65D172D09396AC3005B | 03-20-2019 01:53:55 | Blacked Raw | 03-18-2019 | 04-08-2019 | PA0002164883 |
| 49 | Info Hash: F7584EAD8BB810CD75BB8B1AC568E48EE5CC21A0<br>File Hash: B520ACEA749A3A476BF843A6477E83EEEF03C2FB032653664139EBF800AD87A1 | 03-19-2019 04:13:42 | Blacked Raw | 12-18-2018 | 02-02-2019 | PA0002155391 |
| 50 | Info Hash: F3EC5C49A82A82556603153EF10C4FDEB42356C2<br>File Hash: 8DB567512505266F30DBA8F4B04557C917B8116EAC2FCB2C19ABC6570946CFE9 | 02-11-2019 02:52:01 | Blacked Raw | 01-22-2019 | 03-24-2019 | PA0002183202 |
| 51 | Info Hash: 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash: 6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 01-18-2019 01:05:41 | Blacked | 10-27-2018 | 12-10-2018 | PA0002145828 |
| 52 | Info Hash: 30DA489597F6D7CBEA57C6287564FA8325DBC4F8<br>File Hash: 1FC7F6CAF9BCD0764A89E8ABD1F6E4A77DC4710FA7FAE67E76670DF36E184092 | 01-18-2019 01:05:10 | Blacked Raw | 06-16-2018 | 07-14-2018 | PA0002128317 |
| 53 | Info Hash: EE39528C7065FF52B465D599BA395BF972CD06E6<br>File Hash: 56338A7A617E7F2E165DDC72067C31FCD89CCDED6D22F6EE987E68BF88444128 | 01-12-2019 03:27:25 | Blacked | 04-30-2017 | 06-15-2017 | PA0002037580 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash:<br>A13372D383B6487823771167C3024FF64D0BAF6F<br>File Hash:<br>966A72033B80F407CEC791BCFC86062A5AE505676C5DD0017BDB610154691AE2 | 12-19-2018<br>12:41:21 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |
| 55 | Info Hash:<br>23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD<br>File Hash:<br>801BC053AC78CEDC56C3027F83372479B9509FACAF125689D73D42AA9B3E67EA | 11-28-2018<br>05:22:59 | Blacked | 09-27-2017 | 10-10-2017 | PA0002057451 |
| 56 | Info Hash:<br>CDB428717D9C325AE13709F5E8B856BAA09B84D4<br>File Hash:<br>35EB19C9FE15018078773BC8FA36B11A5233B3C63101DF10EF37E675B48DA324 | 11-28-2018<br>01:40:31 | Blacked | 11-26-2018 | 12-18-2018 | PA0002141922 |